UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEAN KREGER,

    Plaintiff,

v.                    Case No. 8:16-cv-1481-T-33JSS

MEDICREDIT, INC.,

    Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Motion to Compel Compliance with Court's Scheduling Order (Doc. # 11). The Court grants the Motion to the extent provided herein.

The Court entered its Scheduling Order requiring the parties to mediate by August 24, 2016, on June 10, 2016. (Doc. # 4). Six days later, Defendant filed a motion to dismiss (Doc. # 8), and eight days thereafter—on the deadline for filing the Court-ordered notice of mediation—Defendant filed a motion to stay mediation pending adjudication of its motion to dismiss (Doc. # 10). Plaintiff filed its Motion (Doc. # 11) the same day as Defendant's motion to stay was filed.

The Court denied the motion to stay and directed Defendant to respond to Plaintiff's Motion by noon on June

1

29, 2016. (Doc. ## 12-13). Defendant timely responded. (Doc. # 14). In its response, Defendant indicates its corporate representative has conflicts with the mediator's available dates and, as such, requests a 30-day extension of the mediation deadline. (Id.).

The Court's Orders are not mere suggestions that may be unilaterally varied by one party's preferences. Yet, the Court finds itself in the position of having to extend a Court-ordered deadline because of such a preference and an eleventh-hour request to stay mediation. Given the circumstances, and as Plaintiff does not oppose the request for an extension of time, the mediation deadline is extend to September 23, 2016. The parties shall file a notice of mediation by July 6, 2016, advising the Court of the date, time, and location of the mediation conference. No further extensions of time by which to mediate will be granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion to Compel Compliance with Court's Scheduling Order (Doc. # 11) is **GRANTED** to the extent provided herein.

(2) The deadline to mediate is extended to September 23, 2016. The parties shall file a notice of mediation by

July 6, 2016, advising the Court of the date, time, and location of the mediation conference. No further extensions of time by which to mediate this action will be granted.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of June, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE